53 So.2d 599

**Buford GAUTNEY v. STATE.**

**4 Div. 656.**

Supreme Court of Alabama.

June 28, 1951.

J. C. Fleming, Elba, and E. O. Baldwin, Andalusia, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Buford Gautney for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Gautney v. State, Ala. App., 53 So.2d 595.

Writ denied.

LIVINGSTON, C. J., and FOSTER and STAKELY, JJ., concur.